IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED OCT 17 2018

| | | |
|---|---|---|
| RAHEEM JOHNSON, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| | : | |
| KEVIN KAUFFMAN et al., | : | |
| Respondents. | : | No. 17-2533 |

ORDER

C. DARNELL JONES, II., J.

AND NOW, this 16th day of October, 2018, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of Habeas Corpus is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

C. DARNELL JONES, II, J.

ENT'D OCT 17 2018